IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re Ocean State Fitness Incorporated d/b/a Powerhouse Gym, 3751 Mendon Road, Cumberland, Rhode Island | ) | Misc. No. MISC 05 0080 |
| | | [UNDER SEAL] |

FILED JUN 28 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION TO SEAL**

Now comes the United States of America, by and through its attorneys, and moves that the accompanying documents be sealed until the restraining order is served and until the related search warrant is executed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

SO ORDERED:

Mary M. Lisi
MARY M. LISI
UNITED STATES DISTRICT JUDGE

DATE: June 28, 2005