IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re Ocean State Fitness )
Incorporated d/b/a Powerhouse Gym ) Misc. No. 05-0080ML
3751 Mendon Road, Cumberland, )
Rhode Island )

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION AND ORDER**

Now come the United States of America and Kenneth Peckham, Jr., as President of Ocean State Fitness Incorporated (a/k/a R.I. Fitness) d/b/a Powerhouse Gym, and stipulate and agree as follows:

1. Kenneth Peckham, Jr. is the President and registered agent of Ocean State Fitness Incorporated (a/k/a R.I. Fitness) d/b/a Powerhouse Gym which is located at 3751 Mendon Road, Cumberland, Rhode Island.

2. The Temporary Restraining Order entered by the court on June 28, 2005, shall become a restraining order pursuant to 21 U.S.C. § 853(e)(1)(B) as incorporated by 18 U.S.C. § 982(b)(1) without the necessity of a hearing.

3. That said pre-indictment restraining order shall remain in effect for ninety days pursuant to 21 U.S.C. § 853(e)(1) as incorporated by 18 U.S.C. § 982(b)(1) unless extended for good cause shown or unless an indictment or information is filed alleging that the above-described

property would be subject to forfeiture in the event of conviction. Pursuant to 21 U.S.C. § 853(e)(1)(A), upon the filing of such an indictment or information, said restraining order shall remain in effect until the further order of the Court regarding the disposition of the restrained property.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

KENNETH PECKHAM, JR. as President of
OCEAN STATE FITNESS INCORPORATED
(A/K/A R.I. FITNESS) D/B/A
POWERHOUSE GYM

By his attorneys,

JOHN F. CICILLINE, ESQ.
JOHN M. CICILLINE, ESQ.
381 Atwells Avenue
Providence, RI 02909

**ORDER**

It is hereby ORDERED that the Temporary Restraining Order entered by the Court on June 28, 2005, is converted to a restraining order pursuant to 21 U.S.C. § 853(e)(1)(B) and shall remain in effect for ninety days pursuant to 21 U.S.C. § 853(e)(1) as incorporated by 18 U.S.C. § 982(b)(1) unless extended for good cause shown or unless an indictment or information is filed alleging that the above-described property would be subject to forfeiture in the event of conviction. Pursuant to 21 U.S.C. § 853(e)(1)(A), upon the filing of such an indictment or information, said restraining order shall remain in effect until the further order of the Court regarding the disposition of the restrained property.

Mary M. Lisi
MARY M. LISI
UNITED STATES DISTRICT JUDGE

Date: July 8, 2005